**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 32 MAL 2024

       Respondent             :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

            v.                          :

                                    :

UNRAY SOUTHERLAND,                :

                                    :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.